ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 17 2008

JAMES N. HATTEN, Clerk
By: L. Wade-Chiefs
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MARK A. ADAMS, and ALTON M. ADAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA CORPORATION and PENNCRO ASSOCIATES, INC., )<br>)<br>Defendant. ) | Civil Action File No.<br>1:08-cv-3376-GET |

### ORDER

This matter is before the Court on the joint Motion to Dismiss by Plaintiff's and Defendant Penncro Associates, Inc. Upon review of the file and other good cause show, it is hereby ORDERED that Defendant Penncro Associates, Inc. shall be dismissed from this case without prejudice. All further relief sought by Plaintiff against this Defendant is hereby denied.

This 17th day of December, 2008.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE

Prepared and consented to by:

| | |
|---|---|
| /s/John H. Bedard, Jr. | /s/Alton M. Adams |
| John H. Bedard, Jr. | Alton M. Adams |
| Georgia Bar No. 043473 | Georgia Bar No. 002500 |
| *Attorney for Defendant Penncro Associates, Inc.* | (signed with express permission by John H. Bedard, Jr.) |
| | *Attorney for Plaintiffs* |