IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA – ATLANTA DIVISION

| | |
|---|---|
| MARK A. ADAMS<br>and ALTON M. ADAMS,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA<br>CORPORATION and<br>CLIENT SERVICES, INC.,<br><br>    Defendants. | Civil Action No. 1:08-cv-3376-GET |

**STIPULATION OF DISMISSAL**
**BECAUSE OF SETTLEMENT**

It is stipulated by all parties, both Plaintiffs and Defendants, through their attorneys, that:

1. The parties to this action have reached a settlement;

2. Under the terms of the settlement between the parties, this action will be dismissed WITH PREJUDICE;

3. The Court may enter an order of dismissal accordingly.

Dated this 29th day of July, 2009.

/s Jonathan E. Green
Jonathan E. Green
Georgia Bar No. 307053
**(signed with express permission)**
Linda S. Finley
Georgia Bar No. 261515
*Attorneys for Defendant*
*Client Services, Inc.*
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
3414 Peachtree Road, N.E., Ste. 1600
Atlanta, Georgia  30326
Phone:  404-577-6000
Fax:  404-221-6501
jegreen@bakerdonelson.com
lfinley@bakerdonelson.com


/s Thomas E. Austin
Thomas E. Austin, Jr.
Georgia Bar No. 028835
**(signed with express permission)**
*Attorney for Defendant Bank of*
*America Corporation*
Thomas E. Austin, Jr., LLC
3340 Peachtree Road, N.E., Ste. 1760
Atlanta, Georgia  30326
Phone:  404-814-3755
Fax:  404-261-4065
taustin@taustinlaw.com

Alton M. Adams
Georgia Bar No. 002500
*Attorney for Plaintiffs Mark A. Adams*
*And Alton M. Adams*
Adams Law Firm, L.L.C.
100 S. Sage Street
P.O. Box 488
Toccoa, Georgia  30577
Phone:  706-886-3401
Fax:  706-282-1954
adamslawfirm@windstream.net

-3-

The foregoing Stipulation of Dismissal because of Settlement having been read and approved, it is hereby ordered that the within litigation be dismissed with prejudice.

SO ORDERED this _____ day of _____, 2009.

                                                       _____
                                                       Honorable Janet F. King
                                                       United States Magistrate Judge
                                                       Northern District of Georgia

## CERTIFICATE OF SERVICE

This is to certify that the within and foregoing Stipulation of Dismissal because of Settlement has been served via the CM/ECF notification system upon the following:

Thomas E. Austin, Jr.
THOMAS E. AUSTIN, JR., LLC
3340 Peachtree Rd., N. E., Ste. 1760
Atlanta, Georgia 30326
Telephone: 404-814-3755
Fax: 404-261-4065
taustin@taustinlaw.com

Jonathan E. Green
Linda S. Finley
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
3414 Peachtree Rd., N.E., Ste. 1600
Atlanta, Georgia 30326
Telephone: 404-577-6000
Fax: 404-221-6501
lfinley@bakerdonelson.com
jegreen@bakerdonelson.com

This 29th day of July, 2009.

s/ Alton M. Adams
Alton M. Adams
for Adams Law Firm, L.L.C.
Attorney for Plaintiffs
Bar No. 002500

100 S. Sage Street
P. O. Box 488
Toccoa, Georgia 30577
Phone: (706) 886-3401
Fax: (706) 282-1954
adamslawfirm@windstream.net